

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 8, 2023

**By E-Mail**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Jose Luis Colon, Jose Manuel Colon, Luis Angel Ruiz, and Roberto Maldonado-Rivera, 23 Mag. 4595*

Dear Judge McCarthy:

In light of the arrest of the defendants this morning in the above-referenced case, the Government respectfully requests that the complaint be unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: _____
Shaun E. Werbelow
Assistant United States Attorney
(914) 993-1962

APPLICATION GRANTED

_____
Hon. Judith C. McCarthy   6-8-2023